```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 12076
    ANNETTE R WADE
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-1408

-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 05/12/2008 and was not confirmed.

     The case was dismissed without confirmation 09/24/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------------
BELL AUTO LEASING          SECURED NOT I         .00            .00            .00
BELL AUTO LEASING          UNSECURED       NOT FILED            .00            .00
COOK COUNTY TREASURER      SECURED               .00            .00            .00
SELECT PORTFOLIO SERVICI   CURRENT MORTG         .00            .00            .00
SELECT PORTFOLIO SERVICI   MORTGAGE ARRE   30000.00             .00            .00
SELECT PORTFOLIO           UNSECURED       NOT FILED            .00            .00
BUD AMBULANCE SERVICE      UNSECURED          909.50            .00            .00
CARD SERVICE CENTER        UNSECURED       NOT FILED            .00            .00
COMMUNITY HOSPITAL         UNSECURED       NOT FILED            .00            .00
TRANSWORLD SYSTEMS         UNSECURED       NOT FILED            .00            .00
UNITED RECOVERY SERVICE    UNSECURED       NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         2827.51            .00            .00
CAPITAL ONE                UNSECURED          837.73            .00            .00
MIDWEST VERIZON WIRELESS   UNSECURED          374.86            .00            .00
SHERRY L HOWARD            DEBTOR ATTY         .00                             .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                         2,000.00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                2,000.00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                              2,000.00
                       --------------    --------------
TOTALS                 2,000.00            2,000.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 12076 ANNETTE R WADE

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/28/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |